**No. 09-11089. Thelma Williams, Petitioner v. C/O Crouch, et al.**

562 U.S. 1087, 131 S. Ct. 691, 178 L. Ed. 2d 520, 2010 U.S. LEXIS 9352.

November 29, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 861, 131 S. Ct. 139, 178 L. Ed. 2d 84, 2010 U.S. LEXIS 6008.